UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :      INDICTMENT
UNITED STATES OF AMERICA          :
                                  :
     - v. -                       :      20 Cr.
                                  :
PAULETTE ETOTY,                   :
     a/k/a "Paulette Joan Etoty,":
     a/k/a "Paulette J Etoty,"    :
     a/k/a "Totsman Chummy,"      :      **20 CRIM 187**
     a/k/a "Chinyere Etoty,"      :
     a/k/a "Stacy Etoty,"         :
     a/k/a "Paulette Green,"      :
     a/k/a "Stacy C Green,"       :
     a/k/a "Florence Lowell,"     :
     a/k/a "Chinyere Nwoso,"      :
     a/k/a "Florence Rodgers,"    :
     a/k/a "Florence C Rodgers," :
                                  :
                                  :
                                  :
           Defendant.             :
                                  :
- - - - - - - - - - - - - - - - - x

## COUNT ONE
### (False Statement in Application for Passport)

The Grand Jury charges:

1.   On or about April 28, 2018, in the Southern District of New York and elsewhere, PAULETTE ETOTY, a/k/a "Paulette Joan Etoty," a/k/a "Paulette J Etoty," a/k/a "Totsman Chummy," a/k/a "Chinyere Etoty," a/k/a "Stacy Etoty," a/k/a "Paulette Green," a/k/a "Stacy C Green," a/k/a "Florence Lowell," a/k/a "Chinyere

Nwoso," a/k/a "Florence Rodgers," a/k/a "Florence C Rodgers," the defendant, willfully and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, ETOTY submitted a United States passport application containing false information about her identity, including a false place of birth.

(Title 18, United States Code, Sections 1542 and 2.)

## FORFEITURE ALLEGATIONS

2.    As a result of committing the offense alleged in Count One of this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18 United States Code Section 982(a)(6), all conveyances, including any vessel, vehicle, or aircraft, used in the commission of said offense; all property, real and personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and all property, real or personal, that was used to facilitate, or was intended to be used to facilitate, the commission of said offense, including but not limited to a sum of money in United States currency

2

representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)


FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

**PAULETTE ETOTY,**
a/k/a "Paulette Joan Etoty,"
a/k/a "Paulette J Etoty,"
a/k/a "Totsman Chummy,"
a/k/a "Chinyere Etoty,"
a/k/a "Stacy Etoty,"
a/k/a "Paulette Green,"
a/k/a "Stacy C Green,"
a/k/a "Florence Lowell,"
a/k/a "Chinyere Nwoso,"
a/k/a "Florence Rodgers,"
a/k/a "Florence C Rodgers,"

**Defendant.**

**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 1542, and 2.)

GEOFFREY S. BERMAN
United States Attorney

_Foreperson_

3/5/2020

Filed Indictment
Case assigned to Judge Hellerstein

USMJ Fox